IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFFORD WILLIAMS, : | |
| Petitioner, : | |
| v. : | Case No. 3:06-cr-23-KRG-KAP |
| UNITED STATES OF AMERICA, : | Case No. 3:11-cv-238-KRG-KAP |
| Respondent : | |

MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on October 31, 2011, docket no. 2, recommending that the petitioner's motion to vacate be summarily denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. Petitioner filed objections to the Report and Recommendation, docket no. 3, which I have considered de novo but reject.

After de novo review of the record of this matter together with the Report and Recommendation, and the petitioner's timely objections thereto, the following order is entered:

AND NOW, this 29th day of November, 2011, it is

ORDERED that the petitioner's motion to vacate is denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark the civil matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

    Clifford B. Williams, Reg. No. 11187-068
    F.C.I. Victorville- Medium
    P.O. Box 5300
    Adelanto, CA 92301